UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FRANKIE MONEGRO, *on behalf of himself and all* :
*others similarly situated*, :
:
                         Plaintiff, :    20-CV-10059 (JMF)
:
     -v- :    ORDER
:
SPLITS:59 LLC, :
                       Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's December 2, 2020 Order, ECF No. 5, the parties were required to file a joint letter, the contents of which are described therein, no later than two weeks after Defendant appeared in the case. Defendant entered a notice of appearance on January 20, 2021. ECF Nos. 6, 7. To date, the parties have not filed the required joint letter. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **February 11, 2021**.

      SO ORDERED.

Dated: February 4, 2021
      New York, New York
                                                               JESSE M. FURMAN
                                                            United States District Judge