UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FRANKIE MONEGRO, *on behalf of himself and all others similarly situated*,

                    Plaintiff,

      -v-

SPLITS:59 LLC,

                    Defendant.

------------------------------------------------------------------X

20-CV-10059 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Orders of December 2, 2020 and February 4, 2021, ECF Nos. 5, 10, the parties filed a joint status letter on February 4, 2021, in which they indicate that they do not wish to be referred to a Magistrate Judge or the Court-annexed Mediation Program at this time and do not believe there is a need for a conference in the near future, *see* ECF No. 12. The parties **shall promptly** inform the Court if they come to believe that a referral to a Magistrate Judge or the Court-annexed Mediation Program would be beneficial. In any event, **no later than three business days after Defendant files an answer or otherwise responds to the Complaint**, the parties shall file another joint letter providing the information described in the Court's December 2, 2020 Order.

      SO ORDERED.

Dated: February 5, 2021
       New York, New York

                                                JESSE M. FURMAN
                                             United States District Judge