

**Erika H. Rosenblum, Esq.**

Email: ERosenblum@kdvlaw.com

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

March 31, 2021

<u>**VIA ECF**</u>
District Judge Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: <u>**Frankie Monegro v. Splits: 59 LLC**</u>
    <u>**Index No.: 20-cv-10059 (JMF)**</u>

Dear Judge Furman:

  This firm represents the Defendant, Splits: 59 LLC ("Defendant") in the above-referenced matter.

  We are pleased to report that the parties have reached an agreement in principle to resolve this matter. As a result, the parties respectfully request that all deadlines be held in abeyance *sine die* to enable the parties time to complete the necessary settlement paperwork, which the parties anticipate will take approximately 45 days.

  We thank Your Honor for all courtesies extended.

           Respectfully submitted,
           Kaufman Dolowich & Voluck, LLP

           Erika H. Rosenblum

Cc: All Counsel of Record (*via* ECF)

4842-5714-5315, v. 1